STATE of Missouri, Respondent,

v.

Dwayne TATE, Appellant.

No. WD 38,812.

Missouri Court of Appeals,
Western District.

April 28, 1987.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 2, 1987.

Application to Transfer Denied
July 14, 1987.

Thomas J. Marshall, Public Defender, Moberly, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before BERREY, P.J., and
KENNEDY and MANFORD, JJ.

## ORDER

PER CURIAM.

Appeal from a jury trial conviction of offering to commit violence to an officer of a correctional institution, § 217.385 RSMo Supp.1984, and sentence to a seven-year term of imprisonment, to be served consecutively with his present sentence.

Judgment affirmed. Rule 30.25(b).